# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

**In Re:** George Arsenis
380 Claremont Rd
Bernardsville, NJ 07924
217-840-3799

**Case No.:** 26-11032-MEH
**Chapter:** 13
**Hearing Date:** 03/23/2026
**Judge:** Judge Mark E. Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

Settled: [ ] Withdrawn: [X]

**Matter:**
Debtor's request to withdraw Chapter 13 bankruptcy case pursuant to 11 U.S.C. § 1307(b), due to inability to obtain a fair hearing, as previously stated in Debtor's motion to recuse Judge Hall, and in light of statements that the case would be dismissed by Judge Dobin.

**Date:** 03/23/2026
**Signature:** s/George Arsenis